1
2
3
4
5
6
7
8  UNITED STATES DISTRICT COURT
9
10  SOUTHERN DISTRICT OF CALIFORNIA
11
12  UNITED STATES OF AMERICA,

Plaintiff,

v.

Jorge CUEVAS,

Defendant.

Case No.: 24-mj-08206-LR

COMPLAINT FOR VIOLATION OF

Title 21 U.S.C. § 952 and 960
Importation of a Controlled Substance
(Felony)

The undersigned complainant duly sworn states:

On or about March 7, 2024, within the Southern District of California, Jorge CUEVAS, did knowingly and intentionally import a mixture and substance containing a detectable amount of N-phenyl-N- [1-(2-phenylethyl)-4-piperidinyl] propenamide (Fentanyl), a Schedule II Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

_____
Special Agent Richard Horrocks
Homeland Security Investigations

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 8th day of March, 2024.

_____
HON. LUPE RODRIGUEZ, JR.
U.S. MAGISTRATE JUDGE

UNITED STATES OF AMERICA
v.
Jorge CUEVAS

**STATEMENT OF FACTS**

The Complaint and Statement of Facts are based on the reports, documents, and notes furnished to United States Homeland Security Investigations Special Agent Richard Horrocks.

On March 7, 2023, Jorge CUEVAS (CUEVAS), a United States Citizen, presented himself for entry into the United States at the Calexico, California West Port of entry pedestrian lanes carrying a backpack with a speaker attached. Primary Customs and Border Protection Officer (CBPO) Gallegos inspected the backpack and discovered blue pills within a jacket inside the backpack. CUEVAS was subsequently placed in handcuffs and escorted to pedestrian secondary.

In pedestrian secondary, CBPO Pargas discovered additional packages of pills located inside CUEVAS' socks and speaker. CBPO Kierepka tested a package utilizing a Fentanyl Rapid Response test as witnessed by SCBPO Bonilla. The package tested positive for the properties of fentanyl. The total weight of the packages was 2.28 kilograms.

CUEVAS was placed under arrest and advised of his rights per Miranda. CUEVAS acknowledged his rights and agreed to answer questions without the presence of an attorney. CUEVAS admitted to smuggling the drugs into the United States for financial gain.

CUEVAS was placed under arrest and charged with a violation of Title 21, United States Code sections 952 and 960, for importation of a Controlled Substance, and was booked into the GEO-El Centro Detention Facility to await initial appearance.